**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL EGAN,

                     Petitioner,

        -against-

SAMUEL TROWER AS EXECUTOR OF THE
ESTATE OF PETER JOSTEN,

                   Respondent.
------------------------------------------------------------X

20 **CIVIL** 6165 (NRB)

**<u>JUDGMENT</u>**

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 20, 2021, Egan's petition to confirm the Award is granted. All references to the Arbitration shall be expunged from the registration records of Michal Egan maintained by the CRD; accordingly, the case is closed**.**

**Dated**: New York, New York
       January 21, 2021

                          **RUBY J. KRAJICK**
                       _____
                         **Clerk of Court**

         **BY:**
                         **Deputy Clerk**